# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

NATIONAL ASSOCIATION OF GOVERNMENT EMPLOYEES, INC.
*Plaintiff*

v.

Civil Action No.: **1:13–CV–10854–JLT**

NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION, ET AL.
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
Torren K. Colcord
136 Seahawk Trail
Midway, KY 40347
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

```
Jean Zeiler
National Association of Government Employees
159 Burgin Parkway, Quincy, MA 02169
```

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Clarilde M Geraldino–Karasek
*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2013–04–12 09:36:18.0**, Acting Clerk USDC DMA

Civil Action No.: **1:13–CV–10854–JLT**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individuals last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____         _____
            Date                                               *Server's Signature*

                                                    _____
                                                                   *Printed name and title*

                                                    _____
                                                                       *Server's Address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Association of Government Employees, Inc. <br><br> Plaintiff <br><br> v. <br><br> National Emergency Medical Services Association, Inc., et al. <br><br> Defendant(s) | Case No.: 1:13-CV-10854-JLT |

## AFFIDAVIT OF SERVICE

I, Pamela Meadows, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint and Jury Demand with Exhibits A-E, Civil Cover Sheet with Attachment, Plaintiff National Association of Government Employees, Inc.'s Motion for Approval of Attachment on Trustee Process, [Proposed] Order Regarding Plaintiff National Association of Government Employees, Inc.'s Motion for Approval of Attachment on Trustee Process, Summons to Trustee, Plaintiff National Association of Government Employees, Inc.'s Memorandum of Law in Support of Motion for Approval of Attachment on Trustee Process with Exhibits A-C, Affidavit of Jason Herring with Exhibit A and Rule 7.1 Disclosure Statement of Defendant National Association of Government Employees, Inc. in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on April 15, 2013 at 2:11 PM, I served Torren K. Colcord with the Summons, Verified Complaint and Jury Demand with Exhibits A-E, Civil Cover Sheet with Attachment, Plaintiff National Association of Government Employees, Inc.'s Motion for Approval of Attachment on Trustee Process, [Proposed] Order Regarding Plaintiff National Association of Government Employees, Inc.'s Motion for Approval of Attachment on Trustee Process, Summons to Trustee, Plaintiff National Association of Government Employees, Inc.'s Memorandum of Law in Support of Motion for Approval of Attachment on Trustee Process with Exhibits A-C, Affidavit of Jason Herring with Exhibit A and Rule 7.1 Disclosure Statement of Defendant National Association of Government Employees, Inc. at 136 Seahawk Trail, Midway, Kentucky 40347 by serving Torren K. Colcord, personally.

Torren K. Colcord is described herein as:
Gender: Male    Race/Skin: White    Hair: Brown    Age: 40    Height: 6'3"    Weight: 210

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

ID: 13-090151                                                                                              Client Reference: N/A

Executed on: 4-16-2013

Pamela Meadows
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 13-090151

Client Reference: N/A

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2013, this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be served via UPS Second Day Air upon the following:

Torren K. Colcord
136 Seahawk Trail
Midway, KY 40347

National Emergency Medical Services Association
c/o CT Corporation System
818 W. Seventh Street
Los Angeles, CA 90017

/s/ Joshua B. Shiffrin
W. Gary Kohlman*
Joshua B. Shiffrin*
BREDHOFF & KAISER, P.L.L.C.
805 Fifteenth Street N.W., Suite 1000
Washington, D.C. 20005
Telephone: (202) 842-2600
Facsimile: (202) 842-1888
gkohlman@bredhoff.com
jshiffrin@bredhoff.com

*Admitted pro hac vice

*Counsel for Plaintiff National Association of Government Employees, Inc.*